```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-4-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOSEPH COSTELLO,

                      Defendant.

ORDER

24 Cr. 651 (LAK)

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before Magistrate Judge Stewart D. Aaron on November 19, 2024;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for May 19, 2025, at 10:00 a.m., and the Government shall provide a status letter by April 19, 2025.

**SO ORDERED:**

Dated: New York, New York
      12/4/24

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK